Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

| | |
|---|---|
| Marcel M. Dotson | ) |
| | ) Case No. 6:14-cr-87-Orl-37DAB |
| | ) (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |
| -v- | ) |
| US Probation | ) |
| *Defendant(s)* | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

FILED 2023 JAN 24 PM 2:58 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Marcel Dotosn |
   | Street Address | 1643 Western Road |
   | City and County | South Daytona, Volusia County |
   | State and Zip Code | Florida, 32119 |
   | Telephone Number | 386-301-9231 |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
  Name: US Probation Middle District of Florida
  Job or Title (if known):
  Street Address: 501 E. Polk Street
  City and County: Tampa, Hillsborough
  State and Zip Code: Florida, 33602
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Jacqueline Boughner
  Job or Title (if known): Probation Officer
  Street Address: 1970 Michigan Ave
  City and County: Cocoa, Brevard
  State and Zip Code: Florida, 32922
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Tom Saunders
  Job or Title (if known): Probation Officer
  Street Address: 1970 Michigan Ave
  City and County: Cocoa, Brevard
  State and Zip Code: Florida, 32922
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 3583(e)(1)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Marcel Dotson, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* US Probation Middle District of Florida, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* US Probation, is incorporated under the laws of the State of *(name)* United States of America, and has its principal place of business in the State of *(name)* Middle District of Florida.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

South Daytona, Florida

B.     What date and approximate time did the events giving rise to your claim(s) occur?

December 14th 2022 12:00am

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

December 14th 2022 Officer Tom Saunders put in a police report with South Daytona Police that when permanent address was vacated do to being not livable due to Hurricane Ian flooding that I gave every reason why I wouldn't change address with Volusia County Sheriff Office in accordance with my sex offender status which is not true. I have told Officer Saunders over and over again that they will not allow me to change my address on my own unless he sends an email to the Sheriff's Office of Volusia and Duv giving me permission to stay at the addresses I provided him with. Which he gave me multiple reason for not doing so his latest reason was he does not know what he is doing.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Due to the actions of probation officers Boughner and Saunders who after my arrest use the US Probation Officers to go to my neighbors and grandmother's neighbors to tell them I am a pedophile and used private citizens in my community to follow me in my everyday life as well as others in the US Probation Offices. Not only does it bias any potential jury in my upcoming state case it has also lead to harassment. People in my community who I lived with and never had issues are following me home, driving past my home each night, and coming onto my property as a result of the US Probation Office actions and lack of. I have been forced to leave my last two employer due them contacting my superintendent and having him and fellow co workers, private construction worker, city and county public works workers and local police and sheriff departments do exactly the same thing resulting in me not being able to get work without issues. Im am continuously being followed to potential new employers

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Sentencing modification for early termination of probation.
Served 5 years prison sentence
Completed 4 and half years of 5 years probation sentence

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/20/2023

Signature of Plaintiff

Printed Name of Plaintiff    Marcel Dotson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

[Print]  [Save As...]  [Add Attachment]  [Reset]